


UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ) | Case No. 06-21556-C-7 |
| ) | |
| REGINALD LETT, SR. and ) | DC No. SDB-1 |
| THERESA J. LETT, ) | |
| ) | |
| Debtors. ) | |
|_____) | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW ON ORDER GRANTING
MOTION TO EXTEND AUTOMATIC STAY**

On May 30, 2006, debtors, Reginald and Theresa Lett, filed a motion to extend the automatic stay in their chapter 7 case pursuant to 11 U.S.C. § 362(c)(3) (2006).

Debtors filed a prior chapter 13 bankruptcy case in April 2001. Debtors maintained payments under a chapter 13 plan for a number of years. Upon recognition that debtors could not complete a chapter 13 plan, they elected to file a chapter 7 case and seek voluntary dismissal of their chapter 13 case pursuant to 11 U.S.C. § 1307(b) (2006). On May 22, 2006, debtors' chapter 13 case was dismissed.

A hearing on the current motion was set for June 13, 2006. Upon review of the record, the court determined that the written record was adequate and that no oral argument is necessary.

Under § 362(c),

> (3) if a single or joint case is filed by or against debtor who is an individual in a case under chapter 7,

> 11, or 13, and if a single or joint case of the debtor was pending within the preceding 1-year period but was dismissed, other than a case refiled under a chapter other than chapter 7 after dismissal under section 707(b)-
>
> (A) the stay under subsection (a) with respect to any action taken with respect to a debt or property securing such debt or with respect to any lease shall terminate with respect to the debtor on the 30th day after the filing of the later case;
>
> (B) on the motion of a party in interest for continuation of the automatic stay and upon notice and a hearing, the court may extend the stay in particular cases as to any or all creditors . . . after notice and hearing completed before the expiration of the 30-day period only if the party in interest demonstrates that the filing of the later case is in good faith as to the creditors to be stayed; . . .

11 U.S.C. § 362(c)(3) (2006).

Under 11 U.S.C. § 102(1) (2006), it is not practicable to complete a hearing by the time the 30-day period under § 362(c)(3) expires. There having been no apparent abuse or manipulation of the bankruptcy code, and it being apparent that the chapter 7 case was filed in good faith, IT IS ORDERED that the automatic stay is extended to the time specified in § 362(c)(2), as to all parties.

An appropriate order shall issue.

Dated: June 9, 2006

_____
UNITED STATES BANKRUPTCY JUDGE